UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONNIE RAY CARTER,

       Plaintiff(s),

   v.

THOMAS C. PAYNTER, et al.,

       Defendant(s).

NO. C09-505MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

This minute order is intended to address several issues currently pending in the above-entitled matter:

1. <u>Plaintiff's Motion to Seal Court Records</u> (Dkt. No. 10): Plaintiff makes reference, at Page 1 of his pleading entitled "Plaintiff's Motion to Seal Court Records," to an "attached document" entitled "PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL COURT RECORDS." There is no document attached to Plaintiff's motion to be found in the court records, and the Court will not rule upon Plaintiff's motion until "Plaintiff's Memorandum" is filed. Plaintiff shall provide the Court and opposing counsel a copy of his supporting memorandum by no later than **July 10, 2009** or the Court will dismiss the motion without prejudice to re-file it at a later date.

MINUTE ORDER

1  2.   <u>Plaintiff Complys [*sic*] With This Court's Minute Order and Other Matters Status Request</u>

2       (Dkt. No. 15). Plaintiff filed this document on June 23 and in it raises a number of issues:

3       a.   Despite having been granted *in forma pauperis* status by previous order of the Court

4            (*see* Dkt. No. 12, entered June 17, 2009), Plaintiff again submits an IFP application.

5            The Court will ignore this as moot.

6       b.   Plaintiff requests an order from the Court "directing, permitting and allowing plaintiff

7            to proceed under the above aforementioned said 'Pro-Se Status,'" claiming that the jail

8            officials at the Regional Justice Center (where he is currently incarcerated) will not

9            allow him to "proceed" without one. Dkt. No. 15, p. 3. The Court is unaware of any

10           requirement for such an order, but notes for the record that Plaintiff is representing

11           himself pro se in this litigation (as is his right) and trusts that the officials at the RJC

12           will permit him to prosecute his lawsuit to the full extent consistent with inmate and

13           custodian safety.

14      c.   Plaintiff notes that he needs to amend his complaint (<u>Id.</u>), although it is unclear whether

15           he wishes to join additional parties or add new claims. Regardless, Plaintiff must make

16           a separate, formal motion to amend his complaint, stating his reasons for doing so and

17           the legal authority which supports his request.

18      The Clerk will provide copies of this order to Plaintiff by mail and electronically to counsel for

19 any of the parties who have appeared to date.

20      Filed this 25th day of June, 2009.

21                                                BRUCE RIFKIN, Clerk

22
                                          By    /s Mary Duett
23                                              Deputy Clerk

24

25

26 MINUTE ORDER