FILED ENTERED
LODGED RECEIVED
FEB -3 2010
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

09-CV-00505-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONNIE RAY CARTER,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS C. PAYNTER, et al.,<br><br>Defendants. | CASE NO. C09-0505-MJP-MAT<br><br>ORDER GRANTING MOTIONS TO DISMISS AND DISMISSING § 1983 ACTION AS TO SOME DEFENDANTS |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Ward's motion to dismiss (Dkt. 81) and the State Defendants' motion to dismiss (Dkt. 73) are GRANTED and Plaintiff's claims against Bank of America are DISMISSED *sua sponte*;

(3) The complaint and this action are DISMISSED with prejudice as to defendants Ward, Alvaredo-Jackson, Dunleavy, Shumate, Gregoire, Uttecht, McKenna,

ORDER GRANTING MOTIONS TO DISMISS AND
DISMISSING § 1983 ACTION AS TO SOME DEFENDANTS
PAGE -1

01         Walker, Vest, McKinnay, Bauman, Avery, and Bank of America; and

02   (4)     The Clerk is directed to send copies of this Order to the parties and to Judge.

03 DATED this __1__ day of __February__, 2010.

*[signature]*
MARSHA J. PECHMAN
United States District Judge