FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

APR 20 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-00505-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONNIE RAY CARTER, | ) CASE NO. C09-0505-MJP-MAT |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO |
| | ) DISMISS AND DISMISSING § 1983 |
| THOMAS C. PAYNTER, et al., | ) ACTION AS TO DEFENDANT |
| | ) KERLIKOWSKE |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Kerlikowske's motion to dismiss (Dkt. 93) is GRANTED;

(3) The complaint and this action are DISMISSED with prejudice as to defendant Kerlikowske; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

ORDER GRANTING MOTION TO DISMISS AND DISMISSING
§ 1983 ACTION AS TO DEFENDANT KERLIKOWSKE
PAGE -1

01   DATED this 20 day of April, 2010.

03   *[signature]*
     MARSHA J. PECHMAN
     United States District Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING MOTION TO DISMISS AND DISMISSING
§ 1983 ACTION AS TO DEFENDANT KERLIKOWSKE
PAGE -2