UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LONNIE RAY CARTER, | ) | CASE NO. C09-0505-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | DISMISS AND DISMISSING § 1983 |
| THOMAS C. PAYNTER, et al., | ) | ACTION AS TO ALL REMAINING |
| | ) | DEFENDANTS |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims against the remaining defendants: Harper, Reese, Ray Blonien, Copland, Paynter, Lee, and Dominguez, are DENIED, and this case is DISMISSED with prejudice as a whole;

(3) Defendants Ray and Harper's summary judgment motion (Dkt. 105) is STRICKEN as moot; and

ORDER GRANTING MOTION TO DISMISS AND DISMISSING
§ 1983 ACTION AS TO ALL REMAINING DEFENDANTS
PAGE -1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this _17th __ day of ____May___, 2010.

/s/ Marsha J. Pechman

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION TO DISMISS AND DISMISSING
§ 1983 ACTION AS TO ALL REMAINING DEFENDANTS
PAGE -2