# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONNIE RAY CARTER, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER:   C09-0505-MJP |
| v. | |
| THOMAS C. PAYNTER, et al., | |
| Defendants. | |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved.  Plaintiff's claims against all remaining defendants are DENIED and this action is DISMISSED with prejudice.

Dated this \_17th\_ day of \_\_May\_\_, 2010.

                                                    BRUCE RIFKIN
                                                        Clerk

                                                    \_\_/s/ Mary Duett_____
                                                    Deputy Clerk